UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DANIEL BOTNIK | ) | |
| | ) | |
| v. | ) | NO. 3:11-0591 |
| | ) | JUDGE CAMPBELL |
| HEARINGPLANET, INC. | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/3/2012.

      KEITH THROCKMORTON, CLERK
      s/Elaine J. Hawkins, Deputy Clerk